# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICKEY CASTILLO, | : | |
| | : | **Civil Case No. 3:13-CV-02953** |
| Plaintiff | : | |
| | : | |
| v. | : | Judge Mariani |
| | : | Magistrate Judge Schwab |
| TROOPER CHRISTOPHER | : | |
| MAGUIRE, ET AL. | : | |
| Defendants | : | **FILED ELECTRONICALLY** |

## MOTION TO DISMISS THE COMPLAINT

Defendants, Trp. Jeffrey Lamm, Cpl. William Langman, Trp. Christopher Maguire, Sgt. Michael Minsavage, Christopher B. O'Brien, and Joseph Prula, by and through their attorneys, hereby move under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint against them in the above-captioned action.

A brief in support of this motion will be filed in accordance with the Local Rules.

**WHEREFORE**, the Defendants respectfully request that the Court grant their Motion to Dismiss the Amended Complaint.

        **Respectfully submitted,**

        KATHLEEN G. KANE
        Attorney General

        By:   *s/ Maryanne M. Lewis*
        MARYANNE M. LEWIS

| | |
|---|---|
| **Office of Attorney General** | **Senior Deputy Attorney General** |
| **15th Floor, Strawberry Square** | **Attorney ID 83812** |
| **Harrisburg, PA 17120** | |
| **Phone: (717) 787-9719** | **GREGORY R. NEUHAUSER** |
| **Fax:   (717) 772-4526** | **Chief Deputy Attorney General** |
| **mlewis@attorneygeneral.gov** | **Chief, Civil Litigation Section** |
| | |
| **Date:  May 15, 2014** | **Counsel for ALL Defendants** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICKEY CASTILLO, | : | |
| | : | Civil Case No. 3:13-CV-02953 |
| Plaintiff | : | |
| | : | |
| v. | : | Judge Mariani |
| | : | Magistrate Judge Schwab |
| TROOPER CHRISTOPHER | : | |
| MAGUIRE, ET AL. | : | |
| Defendants | : | FILED ELECTRONICALLY |

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on APRIL 15, 2014, I caused to be served a true and correct copy of the foregoing document titled MOTION TO DISMISS THE COMPLAINT by FIRST CLASS MAIL to the following:

Mickey Castillo, JQ9639
SCI-Smithfield
P.O. box 999
1130 Pike Street
Huntingdon, PA 16652

/s/ *Maryanne M. Lewis*
**MARYANNE M. LEWIS**
**Senior Deputy Attorney General**