THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICKEY CASTILLO,

        Plaintiff,    :    3:13-CV-2953

v.

    :    (JUDGE MARIANI)
TRP. CHRISTOPHER MAGUIRE, et al.,    :    (Magistrate Judge Schwab)

        Defendants.

## ORDER

AND NOW, THIS _14th_ DAY OF APRIL, 2022, upon *de novo* review of Magistrate Judge Susan Schwab's Report & Recommendation ("R&R") (Doc. 151), for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Objections (Docs. 152, 153) are **OVERRULED** for the reasons set forth in the Court's accompanying memorandum opinion.

2. The R&R (Doc. 151) is **ADOPTED** for the reasons stated therein as well as those set forth in the Court's accompanying memorandum opinion.

3. The Motion for Summary Judgment (Doc. 142), filed by Defendants Knott, Koehler, Lamm, Langman, Maguire, Minsavage, O'Brien, and Prula, is **GRANTED**.

4. Judgment is hereby entered **IN FAVOR** of Defendants Jessie Knott, Joseph Koehler, Jeffrey Lamm, William Langman, Christopher Maguire, Michael

Minsavage, Christopher O'Brien, and Joseph Prula and **AGAINST** Plaintiff Mickey Castillo.

5. The Clerk of the Court is directed to **CLOSE** the case.

                                                                  *[signature]*
Robert D. Mariani
United States District Judge